UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY WILKINS,

    Plaintiff,

v.

    Case No. 08-CV-13979

    HONORABLE AVERN COHN

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

**ORDER (1) ADOPTING REPORT AND RECOMMENDATION, (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, and (4) DISMISSING CASE**

    This is a social security case. Plaintiff Rodney Wilkins ("Wilkins") appeals from the final determination of the Commissioner of Social Security ("Commissioner") that he is not disabled and therefore not entitled to disability insurance benefits. The matter was referred to Magistrate Judge Charles E. Binder for all pretrial proceedings. Wilkins and the Commissioner filed cross motions for summary judgment. Magistrate Judge Binder issued a report and recommendation ("R&R") recommending that the Commissioner's motion be granted, that Wilkins' motion be denied, and that the case dismissed.

    Neither party has filed objections to the R&R. Accordingly, the findings and conclusions of the magistrate judge are adopted as the findings and conclusions of the Court. The Commissioner's motion for summary judgment is GRANTED. Wilkins' motion for summary judgment is DENIED. This case is DISMISSED.

1

SO ORDERED.

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: June 19, 2009

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 19, 2009, by electronic and/or ordinary mail.

    s/LaShawn R. Saulsberry
Case Manager, (313) 234-5160